141-263013-12

FILED
TARRANT COUNTY
2/5/2015 2:07:54 PM
THOMAS A. WILDER
DISTRICT CLERK

CAUSE NO. 141-263013-12

FILED IN
2nd COURT OF APPEALS
FORT WORTH, TEXAS
02/05/2015 4:15:19 PM
DEBRA SPISAK
Clerk

| | | |
|---|---|---|
| NEW TECH ENGINEERING, LP | § | IN THE DISTRICT COURT OF |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | TARRANT COUNTY, TEXAS |
| | § | |
| SANCO OPERATING COMPANY, | § | |
| SANDERS OIL & GAS, LTD, and | § | |
| SANDERS OIL & GAS GP, LLC | § | |
| | § | |
| Defendants. | § | 141st JUDICIAL DISTRICT |

## NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

1. Defendant, Sanders Oil & Gas, Ltd. desires to appeal from the Judgment signed by this Court on November 2, 2014.

2. Defendant appeals to the Second Court of Appeals in Fort Worth, Texas. Defendant has provided a copy of this Notice of Appeal to the Second Court of Appeals.

Respectfully submitted,


By: /s/ Tammy Cole
**Tammy Cole**
State Bar No. 00796771

Holt Cole Law, PLLC
1155 W. Wall, Suite 102
Grapevine, TX 76051
214-574-7500 (Telephone)
855-696-7493 (Facsimile)

**ATTORNEY FOR DEFENDANT**

---

**DEFENDANT'S NOTICE OF APPEAL**                                                                 **PAGE 1**

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing document has been forwarded to opposing counsel via e-mail on this 5th day of February, 2015.


 /s/ Tammy Cole_____
Tammy Cole